WILLIAM DOUGHERTY, plaintiff in error, *vs.* JACOB FOGLE, defendant in error.

WILLIAM DOUGHERTY, plaintiff in error, *vs.* WILLIAM S. CHIPLEY, defendant in error.

WILLIAM DOUGHERTY, plaintiff in error, *vs.* HAMPTON S. SMITH, defendant in error.

In accordance with the opinion of a majority of this Court, in the cases known as the "tax cases," at the last term of this Court, the judgment of the Court below is reversed, on the ground that the Act of October 13th, 1870, is in violation of Article I., section 10, paragraph 1, of the Constitution of the United States.

Constitutional law.   Relief Act of 1870.   Before Judge HARRELL.   Muscogee Superior Court.   May Term, 1871.

The same point being involved in each of the above cases, they were decided together.

Suits were brought in favor of Dougherty against Fogle, Chipley and Smith, on causes of action accruing before June 1st, 1865.   No affidavits as to the payment of taxes were filed as required by the Act of October 13th, 1870.   Upon this ground the defendants moved to dismiss the actions.   The motion was sustained, and the plaintiff excepted.

A. T. AKERMAN; A. B. CULBERSON, for plaintiff in error.

HENRY L. BENNING; R. J. MOSES; W. F. WILLIAMS, for defendants.

McCAY, Judge.

In accordance with the opinion of a majority of this Court, in the cases known as the "tax cases," at the last term of this Court, the judgment of the Court below is reversed, on the ground that the Act of October 13th, 1870, is in violation of Article I., section 10, paragraph 1, of the Constitution of the United States.

Judgment reversed.